# Court of Appeals
# of the State of Georgia

ATLANTA, __January 28, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A0922. J. V. WHITLOCK v. STATE OF GEORGIA, EX REL., BRIAN RICKMAN, DISTRICT ATTORNEY FOR THE MOUNTAIN JUDICIAL CIRCUIT.**

In January 2012, the trial court entered an order approving a settlement agreement in a civil forfeiture action against J. V. Whitlock. In January 2014, Whitlock filed an extraordinary motion for new trial or, in the alternative, a motion to set aside under OCGA § 9-11-60 (d). The trial court denied the motion, and Whitlock filed this appeal. We lack jurisdiction.

An order denying an extraordinary motion for new trial may only be appealed by discretionary application. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must also be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006). Whitlock's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __01/28/2015__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*